JOHN ALLCOCK (Cal. Bar No. 098895)
JAMES H. POOLEY (Cal. Bar No. 058041)
STEWART M. BROWN (Cal. Bar No. 174905)
**GRAY CARY WARE & FREIDENRICH** LLP
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel: 619-699-2828
Fax: 619-699-2701
E-mail: sbrown@graycary.com

ANDREW P. VALENTINE (Cal. Bar No. 162094)
**GRAY CARY WARE & FREIDENRICH** LLP
3340 Hillview Avenue
Palo Alto, CA 94304-1203
Tel: 650-320-7435
Fax: 650-320-7401
E-mail: avalentine@graycary.com

CRAIG L. MEADOWS (Idaho Bar No. 1081)
Hawley Troxell Ennis & Hawley LLP
Wells Fargo Bank Bldg., Suite 1000
877 Main Street
Boise, ID 83702
Tel: 208-344-6000
Fax: 208-342-3829
E-mail: clm@htch.com

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

U.S. COURTS

01 MAR 28 PM 2:00

REC'D_____FILED_____
CAMERON S. BURKE
CLERK          IDAHO

**FEE PAID**
**R# 8964**

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PITNEY BOWES, INC., a Delaware corporation,<br><br>　　　　Defendant. | CASE NO. CIV01-0132-S-MHW<br><br>**COMPLAINT FOR PATENT INFRINGEMENT; DEMAND FOR JURY TRIAL** |

-1-

1432391.1
100818-990316

## JURISDICTION

1.      This is an action for patent infringement. This Court has jurisdiction under 28 U.S.C. Section 1338, and pursuant to the Patent Laws of the United States of America, 35 U.S.C. Section 101, *et seq.*

## VENUE

2.      Venue properly lies within the District of Idaho pursuant to 28 U.S.C. Sections 1391(c) and 1400(b).

## THE PARTIES

3.      Hewlett-Packard Company ("Hewlett-Packard") is a corporation incorporated under the laws of the State of Delaware and has its principal place of business at 3000 Hanover Street, Palo Alto, California.

4.      PITNEY BOWES, INC., ("Pitney Bowes") on information and belief, is a corporation incorporated under the laws of the State of Delaware and has its principal place of business at Stamford, Connecticut.

5.      Upon information and belief, Pitney Bowes transacts business in this judicial district, including the sale and the offering for sale of its products, and Pitney Bowes has sufficient contacts with this judicial district to subject Pitney Bowes to the jurisdiction of this Court.

## FACTUAL BACKGROUND

6.      Hewlett-Packard engineers, designs, develops and markets a broad offering of computer equipment and systems, networking products, printers, scanners, and enabling technologies. Having invested substantial resources in the development of these technologies, Hewlett-Packard maintains a portfolio of patents covering its inventions, including the patents at issue.

7.      On August 24, 1993, United States Letters Patent No. 5,239,389 ("the '389 Patent") was duly and legally issued. A true and correct copy of the '389 Patent is attached hereto as Exhibit A.

1432391.1
100818-990316

8.     Hewlett-Packard is the assignee and owner of all right, title and interest in and to the '389 Patent. Accordingly, Hewlett-Packard has the right to bring this suit for damages and injunctive relief.

9.     On December 26, 2000, United States Letters Patent No. 6,167,462 ("the '462 Patent") was duly and legally issued. A true and correct copy of the '462 Patent is attached hereto as Exhibit B.

10.    Hewlett-Packard is the assignee and owner of all right, title and interest in and to the '462 Patent. Accordingly, Hewlett-Packard has the right to bring this suit for damages and injunctive relief.

11.    On March 24, 1998, United States Letters Patent No. 5,731,823 ("the '823 Patent") was duly and legally issued. A true and correct copy of the '823 Patent is attached hereto as Exhibit C.

12.    Hewlett-Packard is the assignee and owner of all right, title and interest in and to the '823 Patent. Accordingly, Hewlett-Packard has the right to bring this suit for damages and injunctive relief.

<u>COUNT I</u>

(PATENT INFRINGEMENT)
'389 Patent

13.    Hewlett-Packard incorporates by reference the allegations set forth in paragraphs 1 through 12.

14.    Hewlett-Packard is informed and believes, and on that basis alleges, that Pitney Bowes is infringing the '389 Patent by making, using, offering for sale, and/or selling within the United States products that embody the inventions disclosed and claimed in the '389 Patent, which products include at least the following Pitney Bowes products:

Connex
FaxConnex (Fax Viewer)
DL620
DL620 Publisher
DL600
DL520
DL450

-3-

DL355
DL250

15.     In addition to direct infringement, Hewlett-Packard is informed and believes, and on that basis alleges, that Pitney Bowes has induced and contributed to infringement by others of the '389 Patent.

16.     Hewlett-Packard is informed and believes that Pitney Bowes is aware of the '389 Patent. Despite such awareness, Pitney Bowes has continued to willfully infringe the '389 Patent by making, using, offering to sell, and/or selling within the United States products that embody the inventions disclosed and claimed in the '389 Patent, and/or by importing such products into the United States.

17.     Hewlett-Packard has been irreparably harmed by Pitney Bowes' acts of infringement, and will continue to be harmed unless and until Pitney Bowes' acts of infringement are enjoined and restrained by order of this Court. Hewlett-Packard has no adequate remedy at law.

## COUNT II

### (PATENT INFRINGEMENT)
'462 Patent

18.     Hewlett-Packard incorporates by reference the allegations set forth in paragraphs 1 through 12.

19.     Hewlett-Packard is informed and believes, and on that basis alleges, that Pitney Bowes is infringing the '462 Patent by making, using, offering for sale, and/or selling within the United States products that embody the inventions disclosed and claimed in the '462 Patent, which products include at least the following Pitney Bowes products:

ScanConnex
DL620
DL620 Publisher
DL600
DL520
DL450
DL355
DL250
Color Connex
CD6100

-4-

20.     In addition to direct infringement, Hewlett-Packard is informed and believes, and on that basis alleges, that Pitney Bowes has induced and contributed to infringement by others of the '462 Patent.

21.     Hewlett-Packard is informed and believes that Pitney Bowes is aware of the '462 Patent. Despite such awareness, Pitney Bowes has continued to willfully infringe the '462 Patent by making, using, offering to sell, and/or selling within the United States products that embody the inventions disclosed and claimed in the '462 Patent, and/or by importing such products into the United States.

22.     Hewlett-Packard has been irreparably harmed by Pitney Bowes' acts of infringement, and will continue to be harmed unless and until Pitney Bowes' acts of infringement are enjoined and restrained by order of this Court. Hewlett-Packard has no adequate remedy at law.

COUNT III

(PATENT INFRINGEMENT)
'823 Patent

23.     Hewlett-Packard incorporates by reference the allegations set forth in paragraphs 1 through 12.

24.     Hewlett-Packard is informed and believes, and on that basis alleges, that Pitney Bowes is infringing the '823 Patent by making, using, offering for sale, and/or selling within the United States products that embody the inventions disclosed and claimed in the '823 Patent, which products include at least the following Pitney Bowes products:

Connex
CD6100
DL620
DL520

25.     In addition to direct infringement, Hewlett-Packard is informed and believes, and on that basis alleges, that Pitney Bowes has induced and contributed to infringement by others of the '823 Patent.

-5-

26.     Hewlett-Packard is informed and believes that Pitney Bowes is aware of the '823 Patent. Despite such awareness, Pitney Bowes has continued to willfully infringe the '823 Patent by making, using, offering to sell, and/or selling within the United States products that embody the inventions disclosed and claimed in the '823 Patent, and/or by importing such products into the United States.

27.     Hewlett-Packard has been irreparably harmed by Pitney Bowes' acts of infringement, and will continue to be harmed unless and until Pitney Bowes' acts of infringement are enjoined and restrained by order of this Court. Hewlett-Packard has no adequate remedy at law.

WHEREFORE, Hewlett-Packard prays:

1.     That Pitney Bowes be adjudged to have infringed the '389, '462 and '823 Patents;

2.     That Pitney Bowes, its officers, principals, agents, attorneys, servants, employees and all others acting by or under their direction and authority, and their successors and assigns, be enjoined by permanent injunction from making, using, offering to sell or selling in the United States any infringing products or any other product substantially equivalent thereto which is also within the scope of any claim of the '389, '462 and '823 Patents;

3.     That Hewlett-Packard be awarded an accounting for and recovery of damages adequate to fully compensate for infringement by Pitney Bowes of the '389, '462 and '823 Patents;

4.     That Hewlett-Packard be awarded treble damages in view of the reckless, willful and deliberate nature of Pitney Bowes' infringement, pursuant to 35 U.S.C. Section 284;

-6-

5.      That this case be adjudged an exceptional case and that Hewlett-Packard be awarded its attorneys' fees pursuant to 35 U.S.C. Section 285;

6.      For interest thereon at the legal rate; and

7.      For such other and further relief as the Court may deem just and proper.

Dated: March 28 , 2001

GRAY CARY WARE & FREIDENRICH LLP

JOHN ALLCOCK
JAMES H. POOLEY
STEWART M. BROWN
ANDREW P. VALENTINE
Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY


HAWLEY TROXELL ENNIS & HAWLEY LLP

By _____
CRAIG L. MEADOWS
Wells Fargo Bank Bldg., Suite 1000
877 Main Street
Boise, ID 83702

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

1432391.1
100818-990316

DEMAND FOR JURY TRIAL

Plaintiff Hewlett-Packard Company hereby demands a jury trial.

Dated:  March ___28___, 2001

GRAY CARY WARE & FREIDENRICH LLP

JOHN ALLCOCK
JAMES H. POOLEY
STEWART M. BROWN
ANDREW P. VALENTINE

HAWLEY TROXELL ENNIS & HAWLEY LLP

By _____
CRAIG L. MEADOWS
Wells Fargo Bank Bldg., Suite 1000
877 Main Street
Boise, ID 83702

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

-8-

US005239389A

# United States Patent [19]

## Kochis et al.

| [11] | Patent Number: | **5,239,389** |
|---|---|---|
| [45] | Date of Patent: | **Aug. 24, 1993** |

[54] **PREVIEW PRINT FOR FACSIMILE TRANSMISSION**

[75] Inventors: **Richard L. Kochis; Brian L. Hastings,** both of Fort Collins, Colo.

[73] Assignee: **Hewlett-Packard Company,** Palo Alto, Calif.

[21] Appl. No.: **722,761**

[22] Filed: **Jun. 27, 1991**

[51] Int. Cl.⁵ ............................................. H04N 1/393
[52] U.S. Cl. ....................................... 358/451; 358/405
[58] Field of Search ................... 358/405, 451, 76–77, 358/402–403, 445

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| 4,468,755 | 8/1984 | Iida | 358/403 |
|---|---|---|---|
| 4,587,633 | 5/1986 | Wang et al. | 358/403 |
| 4,636,869 | 1/1987 | Tomohisa | 358/451 |
| 4,682,243 | 7/1987 | Hatayama | 358/451 |
| 4,837,635 | 6/1989 | Santos | 358/451 |
| 5,053,885 | 10/1991 | Telle | 358/451 |
| 5,053,886 | 10/1991 | Nakajima | 358/451 |

*Primary Examiner*—Stephen Brinich

[57] **ABSTRACT**

Disclosed is a system that accepts data, either from a facsimile scanner or from a computer file, and allows the data to be printed before being sent to a remote facsimile device. The system reads the data, converts the data to a bit mapped raster image if necessary, and prints the data locally before it is sent to the remote facsimile receiving device. The local print resolution for printing the data is selectable, and the system will convert the data into a form suitable for printing that resolution on the local printer. If the local printer can print at a higher resolution, the data is scaled to allow the printing to appear at the desired facsimile resolution to allow the user to evaluate the quality of the data prior to the data being sent.

**8 Claims, 3 Drawing Sheets**





*FIG. 1*



FIG. 2

Case 1:01-cv-00132-MHW    Document 1    Filed 03/28/01    Page 12 of 44



FIG. 3

5,239,389

**1**

## PREVIEW PRINT FOR FACSIMILE TRANSMISSION

### FIELD OF THE INVENTION

This invention relates to computer systems and more particularly to printing facsimile data on such systems. Even more particularly, the invention relates to printing data on a local printer prior to facsimile data transmission.

### BACKGROUND OF THE INVENTION

When sending data over facsimile systems, the data is sent in a bit image format and can be sent at various resolutions. For example, facsimile machines can send data at a standard resolution of 100 dots per inch, and at a fine resolution of 200 dots per inch. Increasingly, facsimile machines can also send data at 300 dots per inch. Each increase in resolution requires that more data be sent. Increased data takes additional time and therefore incurs additional telephone charges.

When sending data using small point sizes which result in small characters being printed, or when sending graphics data such as pictures, the data may not be readable when printed at the standard facsimile resolution of 100 dots per inch. When very small point sizes of type, or detailed graphics, are sent, even the fine resolution may not be desirable. Often, however, a user of such a system cannot determine how the facsimile data will appear when printed at the remote location.

This problem is particularly acute when the data being sent is stored in a computer and is not printed before being sent. Modern facsimile transmitting systems can take data stored in computer readable format, such as ASCII, convert the data to a raster image bit mapped format, and send the raster data directly through a facsimile transmitting machine to a facsimile receiving machine. The data is then printed by the receiving facsimile machine.

When sending computer data files using this method, the user sending the data does not see the data in a visible format before it is sent, therefore, if the data does not reproduce adequately at lower resolutions, the sending user will be unaware of the poor quality print until they receive a call from the receiving user. The data will then have to be sent again, using a higher resolution. If this higher resolution is still not adequate, the data will have to be sent again at yet a higher resolution.

Existing FAX machines have a page copy feature that allows data input from the fax scanner to be printed on the fax printer. This provides some previewing capability for printed data, however, these machines do not provide preview capability for computer data files.

There is a need in the art then for a system to print facsimile data locally before such data is sent to a remote facsimile receiving station so that a user can determine the correct resolution to be used when sending the data. There is further need for such a system that prints such data at a user selectable resolution. There is a still further need for such a system that prints data from computer data files as well as data input from a scanning device attached to the facsimile device. The present invention meets these needs.

**2**

## SUMMARY OF THE INVENTION

It is an aspect of the present invention to allow local printing of data to be sent using facsimile transmission.

It is another aspect of the invention to provide such local printing at a print resolution equivalent to the resolution such data will be printed at the remote facsimile receiving station.

Another aspect of the invention is to provide local printing using graphics mode to provide a faithful reproduction of the facsimile data.

The above and other aspects of the invention are accomplished in a system that accepts a file name for data to be sent to a remote facsimile receiving device, reads the data from the file, converts the data to a bit mapped raster image, and allows the user to print the data on a local printer before the data is sent to the remote facsimile receiving device. The user can select the resolution for printing the data, and the system will convert the data into a form suitable for printing that resolution on the local printer. If the local printer can print at a higher resolution, the data is scaled to allow the printing to appear at the desired facsimile resolution to allow the user to evaluate the quality of the data prior to the data being sent.

The system will also scan data, using the local facsimile scanning unit, and print the data on the local printer at the facsimile transmission data resolution.

### BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects, features, and advantages of the invention will be better understood by reading the following more particular description of the invention, presented in conjunction with the following drawings, wherein:

FIG. 1 shows a block diagram of the system of the present invention;

FIG. 2 shows a flowchart of the top level software of the present invention; and

FIG. 3 shows a flowchart of the rasterizing subroutine of the invention.

### DESCRIPTION OF THE PREFERRED EMBODIMENT

The following description is of the best presently contemplated mode of carrying out the present invention. This description is not to be taken in a limiting sense but is made merely for the purpose of describing the general principles of the invention. The scope of the invention should be determined by referencing the appended claims.

FIG. 1 shows a block diagram of the system of the present invention. Referring now to FIG. 1, a computer system 100 contains a processing element 102 which communicates to other elements of the computer system 100 over a system bus 104. Attached to the system bus 104 is a keyboard 106 which allows a user of the computer system 100 to input textual information into the computer system 100. A display 108 allows the computer system to output information to a user of the computer system. A disk 110 contains the computer software that is part of the present invention, and it also contains data files 122 which can be used by the present invention. A peripheral interface 116 allows the computer system 100 to communicate to a facsimile transmitting and receiving device 124. Attached to the FAX device 124 is printer 126 which is used by the system of the present invention as the local printer. The system of

5,239,389

3

the present invention could, however, use a local printer (not shown) attached directly to the system bus 104. A communications line 128 is used by the FAX device 124 and the system of the present invention to transmit and receive facsimile data to a remote facsimile machine.

Main memory 112 contains the FAX software 114 of the present invention. Within the FAX software 114 is a rasterization process 130 used by the FAX software 114. The FAX software 114 uses the facilities of an operating system 118 and a FAX driver software module 120 to communicate to the hardware of the computer system 100.

FIG. 2 shows a flow chart of the top level software of the present invention. The FAX software of the present invention allows a user of the computer system 100 and the FAX device 124 to print a local copy of data to be sent over the communications line 128 prior to sending such data. This allows the user of the system to obtain a visual copy of the data as it will appear when printed on a remote facsimile receiving station (not shown). Modern facsimile transmitting and receiving stations provide the capability of printing data at multiple resolutions. Commonly, this data may be printed at a resolution of 100 dots per inch, 200 dots per inch, and increasingly 300 dots per inch. As the print resolution increases, the amount of data that must be sent over the communications line also increases. Of course, with increased amounts of data being transmitted, transmission time and cost also increases. Therefore, it is desirable that a user of such a FAX facility be able to view data being sent to determine the lowest resolution at which the data can be correctly printed at the remote FAX station. By determining this lowest resolution, the user of the system may send the data at the lowest resolution, therefore, saving time and cost.

FIG. 2 is called by the FAX software 114 (FIG. 1) whenever the user requests sending a FAX transmission. Referring now to FIG. 2, after entry, block 202 determines whether the data to be sent is contained in a computer file or whether the data will be input to the system through the FAX scanner 132 (FIG. 1). If the data being sent is a computer data file, block 202 transfers to block 204 which obtains the name of the computer file from the user of the system by utilizing the display 108 (FIG. 1) and the keyboard 106 (FIG. 1). After obtaining the name of the data file, block 206 opens the data file and block 208 reads the first or next page of data from the data file. Block 210 then calls FIG. 3 to convert the data from the computer readable form, typically ASCII, which was read from the disk 110 (FIG. 1), into a bit map image capable of being received and printed by a remote facsimile receiving station. After converting the data into a rasterized bit map image, block 210 transfers to block 212 which determines whether the user wishes to perform a preview print of the data. If the user wishes to perform a preview print, the user also enters the resolution at which the print is to be performed. If a preview print is desired, block 212 transfers to block 224 which adjusts the rasterized data to match the print resolution requested by the user. For example, if the user has requested a print resolution of 100 dots per inch, and the printer 126 (FIG. 1) is capable of printing 300 dots per inch, the rasterized data must be scaled by printing each dot three times within a line, and by printing each line three times. After adjusting the data to obtain the de-

4

sired resolution on the printer, block 224 transfers to block 226 which adds graphic print codes to the data to instruct the printer to print the data in a graphical image format. By printing the data using graphical image format, the user receives a more faithful representation of the quality of the printed page at the remote facsimile station. Block 228 then sends the data to the printer and transfers to block 216 which determines whether a computer data file is being printed. Printing on the local printer can be done through the fax device 124 (FIG. 1), or done through a local printer attached to the system bus 104 (FIG. 1). Printing through the local printer attached to the fax machine creates the most faithful reproduction. If a computer data file is being printed, block 216 transfers to block 218 which determines whether the end of file has been reached and if not, block 218 transfers back to block 208 to obtain the next page of data from the data file. After all pages have been printed, block 218 returns to the FAX software 114.

If the user did not request a preview print, block 212 transfers to block 214 which sends the data to the FAX device 124 (FIG. 1) which in turn sends the data to a remote FAX receiving station over the communications line 128.

If the data being sent is not a computer data file, block 202 transfers to block 220 which determines whether a page is available in the FAX scanner 132 (FIG. 1). If a page is not immediately available in the scanner, the scanner will notify the user to insert a page, however, if the user does not insert a page at this time, block 220 will return to the FAX software 114. If a page is available in the scanner, block 220 transfers to block 222 which instructs the FAX scanner 132 to scan the page and transfer the data into memory 112 (FIG. 1). Block 222 then transfers to block 212 which processes the data in the same manner as the rasterized data described above. After the data has been sent to the local printer or the FAX, as requested by the user in block 212, control transfers to block 216. Since the data being processed did not come from a computer data file, block 216 transfers back to block 220 to read the next page of data from the FAX scanner 132.

FIG. 3 shows a flowchart of the rasterizing subroutine called from block 210 of FIG. 2. Referring now to FIG. 3, after entry, block 302 gets the first or next character in the page. Block 304 then uses this character to index into a table which contains a bit image of each character within the character set. Block 304 retrieves the bit image and block 306 stores this bit map image of the character in the raster data which will be sent to the printer or to the FAX machine. Block 308 then determines whether there are more characters on the page and if there are, transfers back to block 302 to process the next character. After all characters have been processed, block 308 returns to FIG. 2 block 212.

Having thus described a presently preferred embodiment of the present invention, it will now be appreciated that the objects of the invention have been fully achieved, and it will be understood by those skilled in the art that many changes in construction and widely differing embodiments and applications of the invention will suggest themselves without departing from the spirit and scope of the present invention. The disclosures and the description herein are intended to be illustrative and are not in any sense limiting of the invention, more preferably defined in scope by the following claims.

What is claimed is:

5,239,389

5

1. A system for printing, on a local printer, input data to be sent through a facsimile device, said system comprising:

　means for converting said input data into bit image format data;

　means for scaling said bit image format data to allow said bit image format data to be printed at a selectable print resolution on said local printer, wherein said selectable print resolution is less than a maximum resolution of said local printer; and

　means for printing said bit image format data on said local printer.

2. The system as defined in claim 1 wherein said input data is read from a computer data file.

3. The system of claim 1 wherein said data is scanned into said system using a facsimile scanning device.

4. The system of claim 1 wherein said means for printing further comprises means for printing on a printer attached to said facsimile device.

5. A method for printing, on a local printer, a computer file to be sent through a facsimile device, said method comprising:

　reading said computer file into a computer memory;

6

　converting said computer file into bit image format data;

　scaling said bit image format data to a selectable print resolution, wherein said selectable print resolution is less than the maximum resolution of said printer; and

　printing said scaled bit image format data on said local printer.

6. The method of claim 5 wherein said printing step further comprises the step of printing to a printer attached to said facsimile device.

7. A method for printing, on a local printer, a scanned facsimile data to be sent through a facsimile device, said method comprising:

　reading said scanned facsimile data into bit image format data within a computer memory;

　scaling said bit image format to a selectable print resolution, wherein said selectable print resolution is less than the maximum resolution of said printer; and

　printing said scaled bit image format data on said local printer.

8. The method of claim 7 wherein said printing step further comprises the step of printing to a printer attached to said facsimile device.

* * * * *

5

10

15

20

25

30

35

40

45

50

55

60

65



US006167462A

# United States Patent [19]

## Davis et al.

[11] **Patent Number:** 6,167,462

[45] **Date of Patent:** Dec. 26, 2000

[54] **REMOTE SCANNING THROUGH A COMPUTER SYSTEM NETWORK**

[75] Inventors: **Kenneth P. Davis**, Brighton; **Steven D. Hariri**, Ft. Collins, both of Colo.

[73] Assignee: **Hewlett-Packard Company**, Palo Alto, Calif.

[21] Appl. No.: **09/210,553**

[22] Filed: **Dec. 11, 1998**

[51] Int. Cl.$^7$ .................................................. **G06F 13/00**

[52] U.S. Cl. .............................................. **710/5**; 709/217

[58] **Field of Search** .......................... 710/1–7, 72–74; 709/217–218, 250, 300–302; 358/400–403, 296; 345/418; 382/376

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,958,235 | 9/1990 | Sims et al. | 358/402 |
| 5,058,185 | 10/1991 | Morris et al. | 382/305 |
| 5,361,134 | 11/1994 | Hu et al. | 358/296 |
| 5,459,579 | 10/1995 | Hu et al. | 358/296 |
| 5,615,015 | 3/1997 | Krist et al. | 358/296 |
| 5,680,223 | 10/1997 | Cooper et al. | 358/403 |
| 5,867,712 | 2/1999 | Shaw et al. | 395/704 |
| 6,043,819 | 3/2000 | LeBrun et al. | 345/418 |

*Primary Examiner*—Christopher B. Shin

[57] **ABSTRACT**

Network scanner software that accesses scanners over a network to remotely scan a document. Once a scanner is reserved, no other computer system can access the scanner. The computer system to which the scanner is connected changes the appearance of an icon representing the scanner to indicate that the scanner is reserved. If a user of the computer system moves the cursor over the icon, a pop-up window is displayed with the name of the computer system that has the scanner reserved. Once a scanner is reserved, a user may place a document into the scanner, push a button on the scanner, whereupon the scanner scans the document and sends the scanned data to the computer system that reserved the scanner. A user may reserve a scanner, start a timer, and when the timer expires, the document in the scanner is scanned and the data returned to the computer system.

**13 Claims, 10 Drawing Sheets**





*FIG. 1*



**FIG. 2**



**FIG. 3**



FIG. 4



*FIG. 5*



*FIG. 6*



FIG. 7



FIG. 8



FIG. 9



*FIG. 10*



*FIG. 11*

6,167,462

**1**

## REMOTE SCANNING THROUGH A COMPUTER SYSTEM NETWORK

### DISCLOSURE OF THE INVENTION

It is an aspect of the present invention to allow a scanner to be shared on a computer network.

Another aspect of the invention is that the software will only allow one user to access the network scanner at a time.

Another aspect of the invention is that an icon that represents the scanner is overlaid with a red circle if the scanner is in use.

Yet another aspect of the invention is that if a user of the computer system that connects directly to the scanner places the mouse cursor over the icon that represents the scanner, a pop up window appears that displays the name of the computer system that is using the scanner.

A further aspect of the invention is to allow a user to select either a local or remote scanner.

A still further aspect of the invention is that a user can place a document into the scanner, push a button on the scanner, and the scanner will scan the document and send the scanned data to an application program.

Yet another aspect of the invention is to allow a user to set a timer, and perform a scan after the timer expires.

The above and other aspects of the invention are accomplished in network scanner software that communicates with scanners over a computer network linking. A computer connected to the network accesses the remote scanner through remote procedure calls to reserve the scanner, perform scanning operations, and release the scanner.

A user selects a scanner to use for an application, and the application accesses the selected scanner through scanner command language software. Once a scanner is selected, it is reserved to the computer system, so that no other computer system can access the scanner. The computer system to which the scanner is connected places a red circle over an icon representing the scanner to indicate that the scanner is reserved. If a user of the computer system moves the cursor over the icon, a pop-up window is displayed with the name of the computer system that has the scanner reserved.

Once a scanner is reserved, a user may place a document, such as a printed sheet, a picture, or other scannable media, into the scanner, push a button on the scanner, to cause the scanner to scan the document and send the scanned data to the computer system that has the scanner reserved. Also, a user may reserve a scanner, and start a timer. When the timer expires, the document in the scanner is scanned and the data returned to the computer system.

Once a scanner is reserved, a user may place a document into the scanner, and select scan from the client software to cause the scanner to scan the document and return the scanned image to the client computer.

### DESCRIPTION OF THE DRAWINGS

The above and other aspects, features, and advantages of the invention will be better understood by reading the following more particular description of the invention, presented in conjunction with the following drawings, wherein:

FIG. 1 shows a block diagram of a computer system set up as a client/server incorporating the present invention;

FIGS. 2 and 3 show properties boxes that are used to set up the scanner on a server computer system;

FIG. 4 shows a properties window on a client computer system that allows connection to a remote scanner on a server computer system;

**2**

FIG. 5 shows a diagram of a network configuration utilizing the present invention;

FIG. 6 shows a diagram of the network architecture of the present invention;

FIG. 7 shows a flowchart of the reserve scanner process on the client computer system;

FIG. 8 shows a flowchart of the reserve scanner process on the server computer system;

FIG. 9 shows a flowchart of the process of displaying the computer system name that has the scanner reserved;

FIG. 10 shows a flowchart of the process of scanning a document and delivering it to an application when a scan switch is activated on the scanner; and

FIG. 11 shows a flowchart of the process of local or remote scanning.

### BEST MODE FOR CARRYING OUT THE INVENTION

The following description is of the best presently contemplated mode of carrying out the present invention. This description is not to be taken in a limiting sense but is made merely for the purpose of describing the general principles of the invention. The scope of the invention should be determined by referencing the appended claims.

FIG. 1 shows a block diagram of a computer system, set up as a client/server, that incorporates the present invention. Referring to FIG. 1, a computer system 100 contains a processing element 102 which communicates to other elements of the computer system 100 over system bus 104. A keyboard 106 and a mouse device 108 are used to input data to the computer system 100 and data is output by software within the computer system 100 through a graphics display 110. A disk 112 stores the software and data of the present invention. Memory 116 contains an operating system 118, which is typically the Microsoft Windows operating system. Also within the memory 116 is scanner software 120 of the present invention. A scanner 114 is connected to the system bus 104 which allows the scanner software 120 to scan data and either display this data through an application program (not shown) on the graphics display 110, or transfer the data over a communications interface 122 and a network 124 to another system using the remote scanning of the present invention.

Scanner software 120 allows a user of the computer system 100 to set property values for use in selecting a scanner within the computer system 100 or selecting a remote scanner that is accessed over the network 124. FIGS. 2 and 3 show properties windows that allow the server computer system containing the scanner to be set to allow remote client computer systems to use the scanner. Within FIG. 2, a properties window 202 contains several tabs 203. In the example shown in FIG. 2, the info tab 204 is selected and this tab displays a Host PC Name box 206 which identifies the name of the server PC that contains the scanner 114. Remote PC Connected box 208 shows the name of the remote PC, when a remote PC is connected to the scanner on the server. Network Protocols Supported box 210 show the network protocols that can be used to connect a client computer system to this server.

FIG. 3 shows the properties window of FIG. 2 with the password tab 304 selected. With this tab selected, a box 306 is available to allow the server to require that the client computer system supply a password before the connection is allowed. Password box 308 and confirm password box 310 are used to specify the password that is required.

6,167,462

3

FIG. 4 shows a remote scanner configuration window used to connect to a remote scanner. Referring now to FIG. 4, the remote scanner configuration window 402 contains a check box 403 that specifies that a remote scanner is to be used. A Host PC Name box 404 allows the user to enter the name of the remote computer system that contains the scanner to be used. If the remote scanner requires a password, the user enters the password into the password box 406 and the user identifies the communications protocol being used to connect to the scanner into the protocol box 408.

FIG. 5 shows a diagram of the network 124 (FIG. 1) and shows other computer systems connected to the network 124. Referring now to FIG. 5, the computer system 100, configured as a client/server computer system is shown connected to the network 124. Also connected to the network 124 is a server computer system 502 which contains a scanner 510. In addition, a client computer system 504 is shown connected to the network with a scanner system 512. A client computer system 506 is shown connected to the computer system, and it has no scanner attached o it. By installing the software of the present invention in each of the computer systems 100, 502, 504, and 506, a user can use either of the scanners 510, or 114.

A user of the computer system 100, can use the local scanner 114, or through the software of the present invention, the user can also scan from the scanner 510 attached to server computer system 502. Because computer system 504 is configured only as a client computer system, scanner 512 cannot be utilized by any computer system on the network except client computer 504.

By installing the software of the present invention within client computer system 504, a user of computer system 504 can access the local scanner 512, or access the remote scanner 510 located on the server computer system 502, or also access the remote scanner 114 located on computer system 100. Similarly, the user of the computer system 506 can utilize the remote scanner 510 located on server computer system 502 or remote scanner 114 located on computer system 100.

FIG. 6 shows a diagram of the network architecture of the present invention. Referring now to FIG. 6, two computer systems, 602 and 603 are shown, each containing an application program, the software of the present invention, and an attached scanner. In this example, the computer systems are mirror images of each other, and both are configured as Client/Server computer systems.

Within computer system 602, prior to starting any application program, the user would select either the local scanner 614 or remote scanner 626 through the properties windows discussed above with respect to FIG. 4. Once the scanner is selected, application program 604 can initiate a scan of a document by calling scanner command library 606. Scanner command library 606 determines whether the user has selected the local scanner 614 or the remote scanner 626. If the local scanner 614 has been selected, scanner command language module 606 sends the command to scan manager module 612 which directly accesses the local scanner 614.

If the user of the computer system 602 has selected the remote scanner 626 for scanning, scanner command language module 606 utilizes the remote procedure call (RPC) facility of the operating system to access the remote scanner 626 over a network 628. A complete description of remote procedure calls can be found in "Network Programming In Windows NT" by Alok K. Sinha, Allison-Wesley Publishing Company, Copyright 1996, chapter 4, pages 115–198.

4

Although the preferred embodiment uses the RPC facility, other remote access facilities could be used.

When using the remote scanner 626, scanner command language module 606 calls network client 608 to perform the operation. Network client module 608 builds the information necessary to perform a remote procedure call, and sends the remote procedure call information over network 628 to network server software 622. Network server software 622 receives the message from network client software 608, unbundles the commands and parameter data from the message, and calls scan manager 624 to actually perform the scanning operation. Scan manager 624 accesses scanner 626, which is local to computer system 604 to perform the scan. After retrieving the data, scan manager 624 returns the data to network server 622. Network server 622 bundles the data into a network message and sends the network message over network 628 to network client software 608. Network client software 608 unbundles the message and returns the results of the operation to scanner command language 606 which in turn returns the results to application 604.

In a similar manner, application program 616 running in computer system 604 can access scanner 614 through scanner command language module 618, network client 620, network server 610 and scan manager 612.

One requirement of allowing multiple computer system to access a single scanner is that the scanner must be reserved for one of the computer systems. This is necessary because a scanner device can only be utilized to scan a single document at a time. Therefore, if two different computer systems were to access the same scanner, a single document would be scanned and returned to both systems, which is not the desired result. The present invention provides the ability to reserve a scanner to a particular computer system before the application program is allowed to use that scanner. FIGS. 7 and 8 show flowcharts of the modules within the computer system that is performing the reserving, and module within the remote computer system where the reserve scanner is located.

Referring to FIG. 7, step 702 gets user input to select the remote scanner, as shown above with respect to FIG. 4. After getting the user input, step 704 calls the remote network server through remote procedure calls to request the reserve. The reserve function on the remote computer system is shown in FIG. 9, discussed below. After getting the results from the remote computer system, step 706 determines whether the reserve was successful, and if so, transfers to step 708 which displays the scanner reserve message, indicating that the scanner has been reserved, on the local computer system. If the reserve was not successful, step 706 transfers to step 710 which displays an error message telling the user that they are unable to reserve the scanner.

FIG. 8 shows a flowchart of the process being performed in the remote computer system when a scanner is being reserved. Referring now to FIG. 8, after entry, step 802 determines whether the scanner has been previously reserved by another computer system. If the scanner has been previously reserved, step 802 goes to step 810 which returns an error to the other computer system through the remote procedure call facility and the network. If the scanner had not been reserved, step 802 transfers to step 804 which stores the name of the computer system that is reserving the scanner. Typically, this information is stored in the registry of the local computer system that contains the scanner. Step 806 then changes the color of the icon representing the scanner on the local computer system. By changing the color of the scanner icon on the local computer system, a positive

6,167,462

5

indication is provided to the user of the local computer system that the scanner has been reserved by a remote computer system. Thus the user of the local computer system, when they decide to perform a scan, will know whether the scanner has been reserved. If the scanner has been reserved, the user must either wait until the remote user has completed use of the scanner, or contact the remote user to ask them to release the scanner. As will be described below with respect to FIG. 10, by placing the mouse cursor over the scanner icon, the present invention will identify the remote user that has reserved the scanner.

After changing the icon color, step 808 returns a success indicator through the network to the remote computer system that was reserving the scanner.

The scanner is released when the user closes the application program that uses the scanner.

FIG. 9 shows a flowchart of the process of displaying the computer system name that has the scanner reserved. FIG. 9 is entered when a mouse over event occurs within the windows operating system. This event occurs for a window when the user moves the mouse cursor over the window. After the mouse over event is detected, step 902 determines whether the scanner is currently reserved by anyone, and if it is not, step 902 transfers to step 906 which puts a scanner not reserved text into the message that will be displayed. If the scanner is reserved, step 902 transfers to step 904 which gets the name of the computer system that has reserved the scanner, and puts this name in the message. Step 908 then displays a pop-up window near the scanner icon, and step 910 puts the message into the pop-up window. Step 912 then waits until the mouse has moved off the icon, and transfers to step 914 which removes the pop-up window.

FIG. 10 shows a flowchart of a feature of the invention that allows a document to be scanned when a button on the scanner is pressed. In this type of operation, a user would reserve a scanner and start an application program that sends a scan command to the scanner. The user would then go to the scanner, place a document in the scanner, and push a button located on the scanner. The scanner would detect the button push, scan the document, and return the data to the application.

Referring now to FIG. 10, after the user presses the button, step 1002 determines whether the scanner has been reserved and that a scan command has been received. If the scanner has not been reserved, or a scan command has not been received, step 1002 simply returns without doing anything. If the scanner has been reserved, and a scan command received, step 1002 transfers to step 1004 which scans the document and then step 1006 returns the scanned data to the application that had reserved the scanner.

In the same manner, a user can set a timer when reserving a scanner, and after the timer expires, the scanner will scan the document and return the data to the reserving computer.

FIG. 11 shows a flowchart of the process of FIG. 6, wherein commands are sent to a selected scanner. This flowchart depicts the process of the SCL 606 and network client 608. Referring to FIG. 11, when the application 604 (FIG. 6) sends a scan command to SCL 606 (FIG. 6) the process of FIG. 11 is entered. After entry, step 1102 determines whether the user had selected a local or remote scanner. If a local scanner has been selected, step 1102 transfers to step 1104 which sends the command directly to the local scanner. Step 1106 then returns the scanned data to the application program 604 (FIG. 6).

If the user has selected a remote scanner, step 1102 transfers to step 1108 which builds a Remote Procedure Call

6

(RPC) command and step 1110 sends the RPC command to the remote computer where the scanner is located. Step 1112 retrieves the results of the scan from the remote computer system, and step 1114 returns the scanned data to the application program.

Having described a presently preferred embodiment of the present invention, it will be understood by those skilled in the art that many changes in construction and circuitry and widely differing embodiments and applications of the invention will suggest themselves without departing from the scope of the present invention, as defined in the claims. The disclosures and the description herein are intended to be illustrative and are not in any sense limiting of the invention, defined in scope by the following claims.

What is claimed is:

1. A computer implemented system for remotely scanning a document, the system comprising:

means within a local computer system for displaying a selection screen to allow a user to select a scanner located on a remote computer system;

means for sending a reserve request from the local computer system to the remote computer system, wherein the scanner is reserved for exclusive use of the local computer system;

means for starting a local application program in the local computer system;

means for receiving a scan command from the local application program and sending the scan command from the local computer system to the remote computer system;

means for scanning a document into the remote computer system from the scanner to produce scanned data;

means for returning the scanned data to the local computer system; and

means for copying the scanned data into the local application program.

2. The system of claim 1 wherein the means for sending a reserve request further comprises:

means for determining, in the remote computer system, whether the scanner has been previously reserved by a second local computer system;

means for reserving the scanner for the local computer system when the means for determining whether the scanner has been previously reserved determines that the scanner has not been reserved by a second local computer system; and

means for returning an error indication to the local computer system when the means for determining whether the scanner has been previously reserved determines that the scanner has been previously reserved by a second local computer system.

3. The system of claim 2 further comprising:

means for altering an appearance of an icon representing the scanner on a display device connected to the remote computer system, wherein an indication that the scanner is reserved is presented to a user of the remote computer system.

4. The system of claim 1 further comprising the step of:

means for displaying a name of the local computer system on the display screen of the remote computer system when a user of the remote computer system moves a cursor on a display screen of the remote computer system over an icon representing the scanner of the remote computer system.

5. The System of claim 1 wherein the means for scanning a document into the remote computer system further comprises:

6,167,462

**7**

means for delaying the scanning of the document until a signal is received indicating that a scan button has been pressed on the scanner.

6. The method of claim 1 wherein the means for receiving a scan command further comprises:

means for delaying the sending of the scan command for a time defined by a timer value set by the user, and sending the scan command after the amount of time specified by the timer value.

7. A method of remotely scanning a document, the method comprising the steps of:

(a) displaying a selection screen to a user on a local computer system to allow the user to select a scanner located on a remote computer system;

(b) sending a reserve request from the local computer system to the remote computer system, wherein the scanner is reserved for exclusive use of the local computer system;

(c) starting a local application program in the local computer system;

(d) receiving a scan command from the local application program and sending the scan command from the local computer system to the remote computer system;

(e) scanning a document into the remote computer system from the scanner to produce scanned data;

(f) returning the scanned data to the local computer system; and

(g) copying the scanned data into the local application program.

8. The method of claim 7 wherein step (b) further comprises the steps of:

(b1) determining, in the remote computer system, whether the scanner has been previously reserved by a second local computer system;

(b2) when step (b1) determines that the scanner has not been reserved by a second local computer system, reserving the scanner for the local computer system; and

(b3) when step (b1) determines that the scanner has been previously reserved by a second local computer system, returning an error indication to the local computer system.

9. The method of claim 8 wherein step (b2) further comprises the step of:

(b2a) after reserving the scanner for the local computer system, altering a color of an icon representing the scanner on a display device connected to the remote computer system, wherein an indication that the scanner is reserved is presented to a user of the remote computer system.

**8**

10. The method of claim 7 further comprising the step of:

(h) when a user of the remote computer system moves a cursor on a display screen of the remote computer system over an icon representing the scanner of the remote computer system, displaying a name of the local computer system on the display screen of the remote computer system.

11. The method of claim 1 wherein step (e) further comprises the step of:

(e1) delaying the scanning of the document until a signal is received indicating that a scan button has been pressed on the scanner.

12. The method of claim 1 wherein step (d) further comprises the step of:

(d1) delaying the sending of the scan command for a time defined by a timer value set by the user, and sending the scan command after the amount of time specified by the timer value.

13. A method of scanning a document, the method comprising the steps of:

(a) displaying a selection screen to a User on a local computer system to allow the user to select either a local scanner located on the local computer system or a remote scanner located on a remote computer system;

(b) when the user selects a remote scanner in step (a) sending a reserve request from the local computer system to the remote computer system, wherein the scanner is reserved for exclusive use of the local computer system;

(c) when the user selects a local scanner in step (a), reserving the scanner attached to the local computer sytem;

(d) starting a local application program in the local computer system;

(e) receiving a scan command from the local application program;

(f) when the local scanner has been selected, sending the scan command to the local scanner;

(g) when the local scanner has been selected, retrieving scanned data from the local scanner and proceeding with step (k);

(h) when the remote scanner has been selected, sending the scan command from the local computer system to the remote computer system over a computer network;

(i) when the remote scanner has been selected, scanning a document into the remote computer system from the scanner to produce scanned data;

(j) when the remote scanner has been selected, returning the scanned data to the local computer system; and

(k) copying the scanned data into the local application program.

* * * * *

USOC    .823A

# United States Patent [19]

Miller et al.

[11] Patent Number: 5,731,823

[45] Date of Patent: Mar. 24, 1998

[54] AUTOMATIC OPTIMIZATION OF HARDCOPY OUTPUT FOR ENHANCED APPEARANCE AND THROUGHPUT

[75] Inventors: **Steven O. Miller**, Vancouver, Wash.; **William J. Allen**, Portland, Oreg.

[73] Assignee: **Hewlett-Packard Company**, Palo Alto, Calif.

[21] Appl. No.: **188,618**

[22] Filed: **Jan. 27, 1994**

[51] Int. Cl.$^6$ ..................................................... **B41J 29/38**
[52] U.S. Cl. ........................... 347/5; 358/462; 395/112
[58] Field of Search ................................. 347/43, 19, 5; 382/165, 176, 173, 177; 364/519; 358/462; 395/112

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,413,275 | 11/1983 | Horiuchi et al. | 358/75 |
| 4,500,919 | 2/1985 | Schreier | 358/78 |
| 4,554,593 | 11/1985 | Fox et al. | 358/282 |
| 4,680,645 | 7/1987 | Dispoto et al. | 358/298 |
| 4,682,190 | 7/1987 | Ikeda | 346/154 |
| 4,683,492 | 7/1987 | Sugiura et al. | 358/80 |
| 4,743,959 | 5/1988 | Frederiksen | 358/11 |
| 4,835,551 | 5/1989 | Ng | 346/108 |
| 4,866,514 | 9/1989 | Yoemans | 358/80 |
| 4,953,013 | 8/1990 | Tsuji et al. | 358/75 |
| 4,974,171 | 11/1990 | Yeh et al. | 364/519 |
| 5,044,796 | 9/1991 | Lund | 400/323 |
| 5,091,734 | 2/1992 | Suzuki et al. | 347/43 |
| 5,131,075 | 7/1992 | Wilkes et al. | 395/105 |
| 5,146,547 | 9/1992 | Beck et al. | 395/116 |
| 5,168,552 | 12/1992 | Vaughn et al. | 315/109 |
| 5,243,691 | 9/1993 | Kuwabara et al. | 395/112 |

FOREIGN PATENT DOCUMENTS

0390473   3/1990   European Pat. Off. .

OTHER PUBLICATIONS

"Adobe Strikes Back in Language Battle with New Web–Savvy PostScript Level 3", The Hard Copy Observer, vol. VI. No. 9., Sep. 1996, pp. 1, 24–26.
EPO Patent Application 029105, Filed Jun. 9, 1988, "Image Processing Method and Apparatus Therefor," Nao Nagashima, et al.
EPO Patent Application 0323265, Filed Dec. 29, 1988, "Method of Processing Color Image and Apparatus Therefor," Akio Suzuki, et al.
Hewlett-Packard Journal, Aug. 1992, "Low–Cost Plain–Paper Color Inkjet Printing", pp. 64–68; Daniel A. Kearl and Michael S. Ard.
Hewlett-Packard Journal, Aug. 1992, "Ink and Print Cartridge Development for the HP DeskJet 500C/DeskWriter C Printer Family", pp. 69–76; Craig Maze, Loren J. Johnson, Daniel A. Kearl and James P. Shields.
Hewlett-Packard Journal, Aug. 1992, "HP DeskWriter C Printer Driver Development", pp. 93–102; William J. Allen, Toni D. Courville, and Steven O. Miller.

*Primary Examiner*—Benjamin R. Fuller
*Assistant Examiner*—Juanita Stephens
*Attorney, Agent, or Firm*—Flory L. Martin

[57] **ABSTRACT**

A method of automatically optimizing the controllable parameters related to producing printed material on a hardcopy output device is provided, along with a hardcopy output device configured for implementing this method. Users require different types of printed objects to have different characteristics. Specifically, business graphics need to be sharp and vivid, photographic images should look realistic, and text must be black, crisp and clear. By extracting, analyzing and conditioning data generated during a printing stream, the various regions of text, graphics and photographic images on a sheet are distinguished, characterized, and printed with a custom balancing of color pleasing to the human eye for each type of image printed.

**24 Claims, 6 Drawing Sheets**





FIG. 1

Case 1:01-cv-00132-MHW   Document 1   Filed 03/28/01   Page 33 of 44



FIG. 2



FIG. 3A



FIG. 3B



FIG. 4
PRIOR ART



FIG. 5

5,731,823

**1**

## AUTOMATIC OPTIMIZATION OF HARDCOPY OUTPUT FOR ENHANCED APPEARANCE AND THROUGHPUT

### FIELD OF THE INVENTION

The invention relates generally to a method of automatically optimizing the controllable parameters related to producing printed material on a hardcopy output device, and such a device implementing this method.

### BACKGROUND OF THE INVENTION

The term "hardcopy output device" includes a variety of printers and plotters, including those using thermal inkjet and electrophotographic technologies to apply an image to a hardcopy medium, such as paper, transparencies, foils, and the like.

Most earlier hardcopy print devices have parameters that balance the competing requirements of throughput, typically measured in pages per minute, and the print quality of the hardcopy output. These parameters also control the rendering of the document into both the graphics format and hardware configuration of the particular device. However, the optimum settings for these parameters often varies for different types of documents. For example, documents with only black ink text have a different set of optimum parameters than documents with colored images or business graphics.

Most hardcopy print devices have a variety of mechanical print modes and rendering or halftoning options that affect the throughput and output quality. This is especially true for current color printers based on inkjet technology. These modes are often under the user's direct control, or they are set to default values calculated to provide only adequate quality output and throughput for the overall image. In this default mode, the earlier devices typically had parameters selected to optimize the most typical type of document they produced, while delivering only acceptable results when printing other types of documents.

When under user control, in theory, the operator optimizes the printing parameters through trial and error. While an experienced operator may eventually determine the relationships between each printing parameter and its effects on the various types of outputs, this rarely happens. Most operators never master an understanding of the complex relationship between the numerous controllable printing parameters and the quality of the output. Indeed, only experts experienced in the rendering and printing technology of a particular hardcopy device have a good chance of selecting the optimum printing parameters, but this task is quite labor intensive.

Moreover, in the vast majority of earlier color matching techniques, it was impossible to vary the print mode settings on a page by page basis, or for different elements on a single page. Thus, the physical capabilities of hardcopy print devices are rarely exercised by the vast majority of operators. As a result, often the printed output is of far lower quality, and with less throughput, then could have been achieved under optimal operating conditions.

For example, consider a sheet containing text, a business chart, and a photographic image. When color matching was optimized for the photograph, the business chart suffered a loss of vivid color graphics. If instead, the color settings for the page were adjusted to deliver a brighter, more saturated graphic, then the photographic image lost its lifelike appearance. Thus, for the main stream operator using the earlier hardcopy devices, optimal hardcopy results were rarely if ever achieved.

**2**

## SUMMARY OF THE INVENTION

According to one aspect of the present invention, a method is provided of controlling the printing of a hardcopy using a hardcopy printing device having print characteristics. The method includes the steps of supplying a printing medium to a printing device and instructing the printing device to print a selected image having plural elements on the medium. In a distinguishing step, each element is distinguished, and in response to this distinguishing step, an adjusting step adjusts the instructing step. In an illustrated embodiment, the image elements may be distinguished as being either textual, grayscale only, color graphic or photographic images, with the instructing step being adjusted to generate a hardcopy output having crisp, clear text and grayscale images, sharp, vivid color graphics, and lifelike photographic images.

According to another aspect of the present invention a hardcopy print device is provided for implementing such a method. In an illustrated embodiment, the hardcopy print device comprises an inkjet printer.

An object of an aspect of the present invention is to provide a method and hardcopy print device that are easy to operate, and which use the full color mixing and matching capabilities of the print device to provide an optimal hardcopy output.

Another object of an aspect of the present invention is to provide a color hardcopy which is more vibrant, clear, and pleasing to the eye than that obtainable with earlier systems.

An additional object of an aspect of the present invention is to provide a method and hardcopy print device that discriminates between various types of printed images, such as textual, grayscale only, color graphic and photographic images, and which selects black and color inks in mixtures to yield a preferred color reproduction which is pleasing to the eye, although not necessarily matching the color displayed on an associated computer monitor.

A further object of an aspect of the present invention is to provide an improved method of balancing the color requirements for different components of a selected image on a component by component basis, using computer software with minimal operator input.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of one form of a hardcopy output device, specifically, an embodiment of an inkjet printer, of the present invention.

FIG. 2 is a plan view of one form of a hardcopy output, having textual, grayscale only, color graphic and photographic image components, produced according to the present invention.

FIGS. 3A and 3B, (collectively, "FIG. 3") comprise a flow diagram illustrating one form of the method of the present invention.

FIG. 4 is a reproduction of a prior art computer monitor display used with earlier color matching systems.

FIG. 5 is a reproduction of one form of a computer monitor display in accordance with the present invention.

### DETAILED DESCRIPTION OF A PREFERRED EMBODIMENT

FIG. 1 illustrates an embodiment of a hardcopy printing device, here an inkjet printer **10**, which may be used in an office or home environment for business reports, correspondence, desktop publishing, and the like. While it is

5,731,823

3

apparent that the printer components may vary from model to model. the typical inkjet printer 10 includes a chassis 12 and a print medium handling system 14 for supplying a print medium. such as a sheet of paper 15 (FIG. 2). to the printer 10. In addition to paper 15. the print medium may be any type of suitable sheet material. such as card-stock, transparencies. mylar. foils. and the like. but for convenience. the illustrated embodiment is described using paper as the print medium. The print medium handling system 14 includes a feed tray 16. an output tray 18. and a series of rollers (not shown) for delivering the sheets of paper from the feed tray 16 into position for receiving ink from an inkjet cartridge. such as a color ink cartridge 20—and/or a black ink cartridge 22. The illustrated color cartridge 20 is a tri-color pen. although in some embodi-ments (not shown). a group of discrete monochrome pens may be used. or a single monochrome black pen 22 may be used.

The cartridges or pens 20. 22 are transported by a carriage 24 which may be driven along a guide rod 26 by a conven-tional drive belt/pulley and motor arrangement (not shown). The pens 20. 22 may be conventional pens, which selec-tively deposit one or more ink droplets on a sheet of paper 15 in accordance with instructions received via a conductor strip 28 from a printer controller 30 located within chassis 12. for instance at the location shown in FIG. 1. The controller 30 generally receives instructions from a com-puter (not shown). such as a personal computer. A monitor (not shown) coupled to the computer may be used to display visual information to an operator. such as the printer status or a particular program being run on the computer. Personal computers. their input devices. such as a keyboard and/or a mouse device (not shown). and monitors are all well known to those skilled in the art.

FIG. 2 illustrates an example of a hardcopy output 40 comprising the sheet medium. here paper 15. which has a selected image 42 printed thereon. The computer operator may select. create and/or edit the image 42 on the computer monitor prior to printing. The image 42 may include a plurality of components. elements or regions, such as: textual elements 44. 44' and 44" (referred to herein generally as "text 44" unless otherwise noted); a grayscale region. such as a business graphic bar chart 45, which has several data bars printed in different shades between black and white; a color business graphic region. such as a sectioned pie chart 46; and a photorealistic or photographic color component. such as a scenic image 48. Other elements may also benefit from being distinguished and processed. as described further below. such as line art used in engineering and architectural drawings.

As mentioned in the Background portion above. in the past when a variety of different image types appeared on a single page. the earlier color adjustment schemes yielded unsatisfactory results. In earlier systems. if the hardcopy output 40 were skewed to provide accurate color for the photographic image 48, then the vivid color of the graphics 46 would be washed out, whereas if the printer was skewed toward a saturated vivid color for the graphic. the photo-graphic image 48 would lose its lifelike appearance. Alternatively. these earlier print systems 40 allowed users to manually adjust the colors. as well as balance quality and throughput requirements. in an attempt to provide visually appealing images. In reality, very few people ever attained this level of sophistication or had the time to implement it on a regular basis.

Another difficulty in manually adjusting the colors results from using a computer monitor as the composing medium.

4

Color is formed in a totally different manner on a computer screen than on a printed page. Computer monitors display colors that are combinations of red, green and blue light (RGB). The monitor displays the light rays of these primary colors which are then mixed by the human eye in an additive fashion and interpreted as a multicolor screen. These RGB colors are considered to be additive because their sum in balanced amounts is interpreted by the human eye as white light.

In contrast. a printer forms colors on a print medium via a "subtractive" mixing of cyan. magenta. yellow and black (CMYK). The cyan, magenta and yellow colors are consid-ered subtractive because they each absorb all light rays except those of the specific color produced. The letter "K" represents "true" black provided by pen 22. as opposed to a composite black formed by the sum of cyan, magenta and yellow in balanced amounts. such as by color pen 20. Another significant distinction between monitors and hard-copy outputs 40 is the manner in which the various grada-tions of colors are formed. A monitor provides a relative continuum of color levels using the RGB components (e.g. 256 or more variations). whereas the hardcopy printer 10 may have only discrete color control provided by selectively placing as few as three colors (cyan, magenta and yellow) on the sheet 15.

In the past. color matching schemes attempted to produce a hardcopy output which had colors matching those appear-ing on the computer monitor. This "what you see is what you get" ("WYSIWYG") operational philosophy provided hard-copy outputs which were not visually pleasing. Independent research contracted by the assignee of this patent application discovered two important concepts that challenged this traditional WYSIWYG assumptions. First, the hardcopy output 40, not the screen image. is considered to be the critical measurement of the users work. Second, while color matching between the printer and screen is important, users consistently preferred that the hardcopy 40 have brighter more vivid colors, rather than less vivid, perfectly-screen-matched colors. Users also demand that graphics 46 be vibrant, and photographic images 48 be natural and lifelike, even when they both appear on the same page.

To accommodate these competing desires, the printer 10 incorporates a method of operating the controller 30 which is illustrated with reference to flow chart 50 in FIGS. 3A and 3B (collectively. "FIG. 3"). Generation of the hardcopy output 40 from a computer file or screen display typically involves several steps. These steps may occur in a printer driver (not shown) residing in the host computer, in the software contained in the printer 10, in the printer hardware itself. or in any combination of these locations. For example, if the printer has the capability of rasterizing a page description. such as an Adobe Systems. Inc. PostScript® printer, or it has the capability of halftoning the rasterized page description. the printing process of flow chart 50 may occur partially or entirely within the printer 10. In any case. at one stage in the process, data defining the selected image 42 is transmitted from the host computer to the printer hardware (e.g.. the printer pens 20, 22. the drive mechanism for controlling carriage 24. and the paper handling system 14) and the image 42 is printed on sheet 15.

The types of data transmitted from the computer to the printer 10 typically varies depending upon the types of image components under consideration. For example, the textual components 44 may be transmitted as bit-mapped data or ASCII text characters, while the photographic image 48 is typically transmitted as bit-mapped or pixel-mapped data. The graphs 45 and 46 are generally rectilinear objects,

5,731,823

| 5 | 6 |

and may be transmitted as bit-mapped data or as geometric shapes in a mathematical format with definitions for pattern, fill type, arcs, etc., together with boarder locations, thickness, titles and the like.

Thus, in general the printed image components (textual 44, grayscale 45, color graphic 46, or photographic 48) may distinguished based upon the data format received by the printer 10 from the computer. It is apparent that occasionally there will be exceptions, such as graphs 45, 46 which have been constructed by the user through bit-map or pixel-map techniques, which may then be interpreted as photographic images. Alternatively, each bit-map may be analyzed to determine its composition, such as by spatial frequency analysis and/or determination of the number of unique colors. However, the vast majority of people form business charts 45, 46 using graphics programs, as opposed to bit-map programs, so on a practical basis, any confusion of graphics as photographic images is expected to be minimal.

Flow diagram 50 illustrates an embodiment of a method of the present invention using printer 10 in an environment provided by Apple Computer, Inc.'s QuickDraw® graphics language. The illustrated printer 10 is Hewlett-Packard Company's DeskWriter® 560C model inkjet printer, which has four stages for generating the hardcopy output 40. In the first stage, in a page generating step 52, a page description is generated, for example, by a user or a software application using a high level graphics language, such as the Post-Script® graphics language sold by Adobe Systems, Inc., or Apple Computer, Inc.'s QuickDraw® graphics primitives (shown in the illustrated embodiment). The generating step 52 produces an output data stream signal 54 which may be accumulated as page description data 56.

A page description signal 58, representative of the accumulated data 56, comprises an input to the second stage, a rasterizing page description step 60. This rasterizing step 60 may be conducted in a variety of conventional manners known to those skilled in the art. For example, the rasterizing step may include choosing a resolution which yields a selected optimum balance of throughput and print quality. Alternatively, these parameters may be supplied as user or printer inputs, as discussed further below. A data stream signal 62 output of the rasterizing step 60 may be accumulated as rasterized page image data 64.

The rasterized data 64 may be supplied as a rasterized data signal 66 to the third stage for generating the hardcopy output 40, a halftoning step 68 for halftoning the page image. The halftoning step 68 may be accomplished in a variety of conventional manners known to those skilled in the art, including processes such as halftoning to different pixel depths, or those required to support different hardware printing modes. A data stream signal 70 output of the halftoning step 68 may be complied as halftoned page image data 72.

A halftoned data signal 74 represents the halftoned data 72, and is supplied to the fourth stage, a final printing step 75. This printing step 75 may be translated by a portion of controller 30 into instruction signals recognizable to the printer hardware to drive the paper handling system 14, the pen carriage 20, and the pens 20, 22 to selectively apply black and color inks to the print medium 15 to compose the selected image 42. It is apparent to those skilled in the art that other hardcopy print devices may have more or less steps than the four stages 52, 60, 68 and 75 illustrated. The concepts illustrated by FIG. 3, and as described further below, may be modified accordingly to accommodate the varying number of printer steps involved for a specific hardcopy printing device.

In addition to the page description 52, other inputs may be provided to the illustrated embodiment of FIG. 3. While the rasterizing step 60 may select a resolution which balances throughput and print quality, these parameters may be supplied as other inputs 76, such as user or printer inputs supplied as an input signal 78. For example, a user may select the print quality as "best," "normal" or "draft," with corresponding tradeoffs of lesser or greater throughputs, respectively. Another user input may be the type of print medium. Alternatively, these inputs 76 may be provided totally or in part by the computer, for instance, the type of print media 15 or pens 20, 22.

In the illustrated embodiment of FIG. 3, the various types of data generated during the printing operation, here data 56, 64 and 72, are extracted and conditioned, then injected into subsequent stages of the printing process, or used to alter the original data. Alternatively, this data may be extracted, modified, and then processed according to subsequent steps. In the illustrated embodiment for printer 10, there are three such data extraction and conditioning segments, which may be linked together as shown. While the illustrated embodiment interacts at each stage 52, 60, 68 and 75, interaction at less than all of the available stages may also be useful in some implementations.

The first data extraction is the page description signal 58, which is supplied to a page statistics collecting and characterizing step 80. In step 80, the page description data 56 is collected as statistics concerning the selected image 42. The statistics collected on the page description may be characterized by the type of geometric objects on the page, such as graphics 45, 46, and their attributes, such as size, border color, fill color, line thickness, and the like. Other statistics may include information on how text 44 is used on the page, as well as the text attributes, such as text size, color and spacing. It is often useful to gather other information, such as whether text is next to, or on top of colored regions.

Additional statistics collected and characterized in step 80 may include the presence of any scanned images 48, which often represent photographs. Other statistics regarding the selected image 42 may include recording which black objects touch color objects, which regions contain only black objects, and which regions contain a mixture of black and color objects that touch each other. This information may be useful for bleed control on CMYK printers that have negative interactions between the black (K) and color (CMY) inks. At this initial collecting step 80, statistics may also be gathered to define the bounding areas of regions having objects that would benefit from different post rasterizing techniques. For instance, business charts 45, 46 may benefit from halftoning techniques differing from those used on the scanned photograph 48.

Beyond characterizing certain features of the components 44, 45, 46 and 48, step 80 may also characterizes image 42 according to the subsequent steps which may be employed in certain regions. For instance, step 80 may characterize the type of post processing the photographic region 48 requires if it is slightly out of focus and could benefit from sharpening. Also, a low resolution photograph may benefit from resolution enhancement or synthesis techniques. Color balance and contrast are further examples of statistics which may be measured and characterized in step 80 for later correction.

In step 80, it may also be useful in controlling subsequent image processing variables, to determine whether image 48 is actually a scanned photograph or a synthetic computer generated image. The number and types of colors used on

5,731,823

<table>
<tr><td>7</td><td>8</td></tr>
</table>

the page may be counted in step **80** to take advantage of rendering the page at the lowest possible pixel depth for maximum throughput, or if only neutral (gray) colors **45** are detected, the page may be treated by printer **10** as a grayscale page rather than a color page to maximize both quality and throughput.

When printing one or a sequence of plural hardcopy pages, step **80** may also collect statistics for each page as a whole, such as the number of elements, or the number of color elements on each page. Upon completion of all or portions of step **80**, an output signal **82** carries the characterized data output of step **80** for accumulation as first characterization data **84**.

This first characterization data **84** is supplied by signal **86** to a controlling rasterization parameters step **88**. In the controlling step **88**, the first characterization data **86** is used to generate a rasterization control signal **90**, which is then supplied as an input to the rasterizing page description step **60**. The first characterization data **86** may also be supplied to a modifying page description step **92**.

In the modifying step **92**, the first characterization data signal **86** is used as an input to modify the page description for use on a specific type of hardcopy print device **10**. Thus, the modifying step **92** may be different for an inkjet printer **10** (FIG. 1) than that for an electrophotographic printer (not shown), for example, such as Hewlett Packard Company's LaserJet® printers, because these two devices have different print characteristics. The modifying step **92** provides an instruction signal **94** which may operate on the page description data **56** to modify it in accordance with the type of printer in use. As with modifying step **92**, controlling steps **88**, **104**, and **120**, modifying steps **108** and **124**, and characterization steps **80**, **96**, and **112** are all tailored to the unique characteristics of each type of hardcopy print device.

For instance, if black to color bleed control is to be handled on an object by object basis, then black objects that touch color, or fall within color regions, may have colors modified by step **92**. In this case, step **92** insures the images are printed with the correct combination of CMYK to provide a good quality black without bleed into the "process black" of the (mixture of cyan, magenta and yellow) color regions. Another option is to use the black and color regions to control post processing of the black pixels in a later step to ensure process black is used where needed.

In another example, step **92** may adjust the line widths to provide maximum quality and accuracy of reproduction by the hardcopy output device. For instance, on the color inkjet printer **10**, color lines that are one pixel wide and designated to be produced with halftoned colors often must be thickened to a two-pixel width to ensure that enough halftoned pixels are printed to fully render the line in its true color. In contrast, black lines or lines produced with solid colors usually do not require thickening.

In another example, step **92** could process photographic images with digital filters to sharpen the image, enhance edges, and remove noise from the image.

The control step **88** produces the control signal **90** based upon the current page characterization. Thus, the rasterizing step **60** may be modified to provide different rasterizations according to which region, textual **44**, graphic **45**, **46**, or photographic **48**, is being rasterized by step **60**. Thus, each of the regions **44**–**48** may be rasterized in a customized fashion, according to image type.

The rasterization controlling step **88** may address other concerns. For example, if the page only contains scanned images **48** that are of relatively low resolution, the whole

page may be rasterized at the lower resolution to maximize throughput without reducing print quality. If the page contains only grayscale shades as in graphic **45**, then the page may be rasterized on the order of eight bits per pixel, using a gray palette for maximum throughput and quality.

As another example, the color objects **46**, **48** may be tagged with color matching information (e.g. ColorSync® color matching produced by Apple Computer, Inc.), or if not so tagged, step **88** may perform this color matching operation before rasterization. Each color object **46**, **48** may be color matched depending on what type of object it is. If these objects have already been tagged with color matching preferences, then these preferences may override automatic tagging commands of step **88**, particularly if the commands were manually set, which ensures that the producer of the page description may control the type of color adjustment for each element on the page.

The color matching schemes employed by step **88** typically vary by object type. Photographic images **48** may be color matched with a human perceptual color matching scheme that ensures the colors match our memory colors (i.e. grass is the right shade of green and flesh colors come out correctly), provides good tone reproduction, and adjusts for colors that are outside of the normal gamut of colors produced by printer **10** for a lifelike image. For small text and line art, step **88** may adjust the colors for greater intensity and/or changes in hue so the resulting image is sharp, vivid and clear. For business graphics and business charts, step **88** may match colors for a pleasing combination of vibrancy, while also limiting the colors to prevent oversaturation or bleeding through the page, depending upon the actual printing technology employed by printer **10**.

Step **88** may also operate to print objects with borders of a different intensity than the interior to provide both good edge definition and the required area saturation. This can be accomplished in QuickDraw® implementations, for instance, by modifying the border color in a different manner than the interior color. Alternatively, step **88** may divide a single object with a single color specification into two objects, then treat the border object as having one color, and the interior fill object as having a second color.

In a second data extraction and conditioning segment, the rasterized image data **64** is extracted via signal **66** to provide an input to a collecting and enhancing step **96**. In step **96**, additional statistics regarding the rasterized page image, sometimes also referred to as a bitmap, are collected and used to enhance the page first characterization data **84**, received via signal **86**. Using the rasterized data of the first characterization **84**, allows additional refinement in the characterization of image **42**. The output of the enhancing step **96** is supplied as signal **98** to define a second characterized data set **100**.

The second characterized data set **100** is provided as signal **102** to a controlling halftoning parameters step **104**. The output of step **104** is provided as a halftoning control signal **106** to the halftoning step **68**. The signal **102** may be supplied as an input to an adjusting pixel image step **108** for post processing the rasterized page image data **64**. In the adjusting step **108**, the resulting pixel image signal **66** may be adjusted according to the specific attributes of the printer **10**. As with the modifying step **92** above, the attributes of an inkjet printer **10** may be different from those of other types of hardcopy output devices, such as a plotter. For example, the resulting pixel image may be adjusted to include changing the colors to account for inaccuracies in the color reproduction of printer **10**. For example, different types of

5,731,823

9 10

ink formulations within the pens, particularly the color pen 20, may need adjustment to account for slight variations in hue.

The output of the adjusting step 108 is provided as a pixel adjustment control signal 110, which adjusts the rasterized image data 64 in this matter. Further color adjustments on the page may be accomplished by step 108. For instance, photographic regions 48 may be further adjusted now, and large regions of high saturation may be adjusted to control the amount of ink subsequently printed at step 75.

The post processing step 108 may include digitally filtering photographic regions 48 for smoothing, sharpening, resolution enhancement, and synthesis as needed. This filtering aspect of step 108 may only operate on photographic regions 48 which maximizes throughput and without modifying other areas of the page, such as the text 44, that would not benefit from digital filtering.

Other examples of functions which may be performed by the post processing adjusting step 108 include separating black and color areas for blend control, if not done in previous steps at the object level. Additionally, steps 104 or 108 may smooth black data with a resolution enhancement algorithm. This step is particularly useful for printers like the DeskWriter 560C that have the capability to support a higher black resolution (600×300 DPI) than color resolution (300× 300 DPI).

In step 104, the halftoning parameters are controlled based upon the second characterized data 100. For example, the halftoning step 68 may halftone the resulting resolution specific image for a specific pixel depth. Step 104 may accomplish this by digitally halftoning the image 42 using the appropriate halftoning technique for each region of the page. For instance, if users prefer business graphics 46 to be halftoned with a different technique than scanned photographs 48, then step 104 may accomplish this distinction by using the statistics collected from the page description and accumulated as data 84.

In step 96 the rasterized image or bitmap data 64 may be scanned to collect a variety of additional statistics. For example, if black to color bleed control was not done on an object by object basis, step 96 may scan the bitmap to separate the pure black regions from the regions that contain a mixture of touching black and color pixels. This information may be used in step 104 to halftone the black that falls within the color regions as a process black (mixture of cyan, magenta and yellow) and that which falls outside of the color regions as a true black. In step 96, the pure black regions may also be separated from the color regions for special processing. For example, as described earlier, resolution enhancement or smoothing may be applied in step 104 to the black regions to enhance the edge definition.

In a third data extraction and conditioning segment, a collecting and enhancing step 112 further enhances the data describing the selected image 42 using the halftoned page data 72, received via signal 74, in combination with the second characterization data 100, received via signal 102. The output of enhancing step 112 is provided as signal 114 to provide a third characterization data set 116. In step 112, the density of pixels on the page may be measured and used to control printing characteristics to ensure the best quality and highest throughput. For instance, if the page has a large area of dense color pixels, step 112 may direct printing with a higher shingling mode to reduce color bleed, or the printer may retain the following page longer before dropping it onto this dense page to assure adequate drying time. The term "shingling" refers to a mode of operation for printer 10

where the printer lays down only a percentage of the total ink dots available in a given print pass, and makes several passes to complete a raster. Shingling hides most nozzle inconsistencies and reduces the ink bleed. Also, this measuring of the amount of ink by step 112 may be used to warn when the ink cartridges 20, 22 are running low.

The third characterization data set 116 is supplied by signal 118 to a controlling of printing parameters step 120. Based upon this final characterization 116, controlling step 120 provides a printing control signal 122 to the print step 75. The signal 118 may also be supplied to a processing halftoned data step 124. In the processing step 124, the halftoned data may be processed to prepare it for the specific hardware of printer 10. It is apparent that this processing step may vary depending upon the type of printing device used, such as an inkjet printer 10 which has the capability to support a higher black resolution (600×300 DPI) than color resolution (300×300 DPI), versus a hardcopy printing device having the same resolution for both black and color. In this case, the inkjet printer could benefit from having the black data smoothed with a resolution enhancement algorithm, if not already done in an earlier step. The output of the processing step 124 is supplied as a processing control signal 126 to process the halftoned page image data 72 in this manner.

In step 120, areas that are pure black may be printed with different printer settings to maximize throughput, while color regions may be printed with settings to maximize quality. For instance, if the top half of a page contains only black text 44, then it may be printed without shingling (best for text), while color graphics 46 at the bottom of the page may require 50% shingling (best for color graphics) to print without noticeable defects. With earlier printing methods, the whole page would have to be printed with 50% shingling which slowed down the printer and possibly reduced the quality of the text at the top of the page.

The controlling step 120 may instruct printer 10 to hold onto a page before dropping it onto the previously printed page based upon the amount of ink on the previous page. Step 120 may select compression modes based on the type of data on the page to maximize throughput and minimize quality defects caused by the printer stopping printing and then restarting, a phenomenon often caused by a lack of data in the printer's input buffer. In another example of step 120, shingling may be controlled on a page by page basis, or on a region basis for pages that benefit from different shingling levels on different areas of the page.

Thus, the illustrated embodiment of this method controls the printing process in an optimal fashion by collecting statistics at steps 80, 96 and 112 from at the respective stages of print data 56, 64 and 72 on the type of document that is being printed. The steps 80, 96 and 112 use the collected data to characterize the images appearing on the hardcopy output 40 as textual images 44, grayscale images 45, color graphic images 46 or photographic images 48. At each stage, additional information is collected to refine the characterization of the document and reflect the page description transformation at each stage 52, 60 and 68 of the printing process. Additional information is extracted from subsequent stages and combined with the characterization from the previous stages to enhance this refinement.

Each of the characterized data sets 84, 100, 116 are linked together so that earlier characterizations are used in subsequent characterization steps. Advantageously, the illustrated characterization of the hardcopy output 40 allows the individual graphics elements 45, 46 and 48, as well as text 44,

5,731,823

11

to be controlled independently. For example, the colors of the business graphics 45, 46 may be processed differently from those of the scenic photographic image 48. Thus, bright vivid colors may be used for the graphics 45, 46, whereas more realistic subtler tones may be used for the photographic image 48.

Other data flow control schemes may also be implemented. For example, in step 96 of FIG. 3, the pure black regions may be separated from regions having touching black and color pixels. The black ink data may be transferred via signal 98 to the second characterized data 100, while the color and processed black ink data may be returned to the main print stream via a return signal 66 for subsequent processing as a portion of rasterized page image data 64 at step 68. Alternatively, the black ink data may be separated and directed through steps 112 and 124 for addition to the halftoned page image data 72.

FIG. 4 illustrates a screen display 130 of a prior art printer, particularly, the Hewlett Packard Company's DeskWriter 550C model inkjet printer using driver software version 2.0. In the prior art system of screen 130, the color blending must be separately selected, here illustrated as being selected as a pattern 132. The color matching feature must also be selected, here illustrated as a standard selection 134. The print cartridges in use are also separately selected, here as black and color cartridges 135. An intensity selection 136 of the colors in another choice for the user to make. And finally, the operator must decide whether or not to minimize black and color bleed by either checking block 138 or leaving it blank as shown.

FIG. 5 illustrates an embodiment of a monitor screen display 140 in accordance with the present invention. In particular, the screen display 140 shown appears on Hewlett Packard Company's DeskWriter® model 560C inkjet printer using driver software version 5.0, which has the configuration generally illustrated by printer 10. The illustrated screen 140 includes an intensity selection 142, a halftoning selection 144, a bleed control selection 146 and a color matching selection 148. If customized color is desired, and an operator wishes to separately adjust these characteristics, a variety of selections (not shown) are available, some of which may be in the same manner as illustrated in the prior art systems.

Advantageously, software embodying one form of the method of the present invention may be used to upgrade earlier printers originally sold without these capabilities. For example, the illustrated version 5.0 driver software may be used to upgrade the Hewlett Packard Company's DeskWriter® model 550C inkjet printer, described above with respect to FIG. 4.

One distinct advantage of the present invention is the availability of the "auto" selection for adjustments 142–148, as shown. This auto selection refers to the automatic color matching scheme illustrated by flow chart 50 which allows the various image regions 44–48 to be distinguished and tailored for color matching as described above. The requirements of the vast majority of users for clear vivid business graphics 46 with lifelike photographic images 48, may be easily obtained without requiring user involvement in setting the various color composition factors. Thus, sharp vivid hardcopy outputs 40 are obtained with minimal user involvement.

Moreover, in other screen displays (not shown), the system of the present invention also allows for the selection of printing colors in image 42 as a gray scale, a feature which was also available in earlier systems using only black

12

ink. A grayscale version of the hardcopy output 40 may be particularly useful when transmitting the hardcopy image via facsimile for receipt on a black ink only facsimile machine. Other uses for a grayscale image include photocopying on a black ink only photocopy machine, and printing quick proof or draft copies of color documents

The steps and processes of printer 10 described may be re-ordered. Other modifications may be adapted depending upon the printer involved, for instance, color matching may occur at the object level and/or at the rasterized page image level. Other steps may be added or modifications made to flowchart 50. For example, the statistics collection resulting in characterizations 84, 100 and 116, may be fed back upstream to affect future output or to cause the process to restart with the new information about the current page. For instance, if at the end of the process, step 75, it is discovered that the page that contains too many printed dots, then the process 50 may begin again with the image 42 being color adjusted to reduce the saturation of the page and hence the number of printed dots. Thus, operation of a hardcopy printer, such as printer 10, in accordance with the present invention enables the rendering and printing parameters to be optimized for each type of document. In fact, each component of a document such as those illustrated at 44–48, that comprise a mix of graphic elements may be individually optimized for each sheet printed.

We claim:

1. A method of controlling printing of a hardcopy using a hardcopy printing device having print characteristics, the method comprising the steps of:

supplying a page of a printing medium to the hardcopy printing device;

instructing the hardcopy printing device to print on the page a selected image having a combination of at least two elements comprising (a) textual material, (b) graphic images, or (c) photographic images;

distinguishing each element of the selected image as being either (a) textual material, (b) a graphic image, or (c) a photographic image;

collecting statistics for each distinguished element of the selected image; and

in response to the distinguishing and collecting steps, adjusting the instructing step for each of the elements to be printed on the page to instruct the hardcopy printing device to (a) print any textual material according to a first set of parameters, (b) print any graphic image according to a second set of parameters, and (c) print any photographic image according to a third set of parameters.

2. A method according to claim 1 wherein:

the instructing step comprises plural printing stages; and

the collecting and adjusting steps are repeated at each of the plural printing stages of the instructing step.

3. A method according to claim 2 wherein the collecting and adjusting steps comprise collecting statistics based upon an output of any previous adjusting steps.

4. A method according to claim 3 wherein at least one of the elements of the selected image may be a color image.

5. A method according to claim 4 wherein:

the hardcopy printing device comprises an inkjet printer having color printing capability; and

the adjusting step comprises adjusting the color printing of the inkjet printer.

6. A method according to claim 1 wherein:

the instructing step comprises generating a data format representative of the selected image; and

5,731,823

13

the distinguishing step comprises distinguishing the data format for each element as either pixel maps of data, geometric data, or textual data.

7. A method according to claim 1 wherein:

the instructing step comprises the step of generating a page description of the selected image; and

the method further includes the step of modifying the page description in accordance with the print characteristics of the hardcopy printing device.

8. A method according to claim 7 wherein the modifying step comprises the step of imposing a minimum line thickness on the page description.

9. A method according to claim 7 wherein:

the instructing step comprises the step of rasterizing the page description to provide a pixel image; and

the method further includes the step of adjusting the pixel image in accordance with the print characteristics of the hardcopy printing device to provide a resolution specific image.

10. A method according to claim 9 wherein the step of adjusting the pixel image comprises the steps of adjusting the colors in the pixel image.

11. A method according to claim 9 wherein the adjusting step comprises the steps of:

balancing two characteristics of the hardcopy printing device comprising a throughput characteristic and a print quality characteristic, wherein an increase in the throughput characteristic is achieved at a decline in the print quality characteristic, and an increase in the print quality characteristic is achieved at a decline in the throughput characteristic; and

selecting a resolution in response to the balancing step.

12. A method according to claim 9 wherein:

the instructing step comprises the step of halftoning the resolution specific image to provide halftoned print data; and

the method further includes the step of processing the halftoned print data in accordance with the print characteristics of the hardcopy printing device.

13. A method according to claim 1 wherein:

the instructing step comprises the steps of:

generating a page description of the selected image using a high level graphics language;

rasterizing the page description for a selected resolution to provide a pixel image; and

halftoning the resolution specific image for a selected pixel depth to provide halftoned print data; and

the method further includes the steps of modifying the generated page description, adjusting the rasterized pixel image to provide an enhanced image, and processing the halftoned print data, in accordance with the print characteristics of the hardcopy printing device.

14. A method according to claim 1 wherein:

the elements of the selected image comprise at least one grayscale image; and

the step of collecting statistics further comprises the step of collecting statistics for each grayscale image.

15. A method according to claim 14 wherein:

the hardcopy printing device comprises an inkjet printer having monochrome printing capability; and

the adjusting step comprises adjusting the monochrome printing of the inkjet printer for each element of the selected image.

14

16. A method according to claim 15, wherein:

the hardcopy printing device comprises an inkjet printer also having color printing capability; and

the adjusting step also comprises adjusting the color printing of the inkjet printer.

17. A method according to claim 1 further including the steps of printing a sequence of plural hardcopy pages, and collecting statistics for each page.

18. A hardcopy printing device for printing on a page of a print medium a selected image having a combination of at least two elements comprising (a) textual material, (b) graphic images, or (c) photographic images, the hardcopy printing device comprising:

a chassis;

a print medium handling system housed in the chassis for supplying the print medium page to a printing zone;

a printhead that selectively deposits ink on the print medium page in the printing zone in response to a control signal; and

a controller which generates the control signal in response to a data input defining a page description comprising a selected image having a combination of at least two elements comprising (a) textual material, (b) graphic images, or (c) photographic images, with the data input including statistics which are collected for each element of the selected image, with the data input having portions extracted and adjusted to characterize each of the elements to be printed on the page as either textual material, a graphic image or a photographic image to enhance the selected image when printed.

19. A hardcopy printing device according to claim 18 wherein the controller extracts and adjusts the portions of the data input to characterize each of the plural elements to be printed on the page as either textual material, a graphic image or a photographic image.

20. A hardcopy printing device according to claim 18 wherein the printhead comprises an inkjet printhead, and the hardcopy printing device comprises an inkjet printer.

21. A hardcopy printing device according to claim 20 wherein:

said printhead comprises a black ink printhead; and

the inkjet printer further includes a second printhead comprising a color ink printhead.

22. A method according to claim 1 wherein the distinguishing step further includes the step of distinguishing a region of the selected image where two different plural elements touch one another.

23. A hardcopy printing device according to claim 20 further comprising a printhead carriage system that propels the inkjet printhead across the printing zone to selectively deposit ink on the print medium page in response to a control signal.

24. A hardcopy printing device according to claim 18 wherein the controller generates the control signal to instruct the hardcopy printing device to (a) print any textual material according to a first set of parameters, (b) print any graphic image according to a second set of parameters, and (c) print any photographic image according to a third set of parameters.

* * * * *